**DISMISSED; Opinion Filed October 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00048-CV

**ADRIAN BOOKER AND NICOLE SMITH, Appellants**
**V.**
**ANISSA MAHMOUDI, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Appellants' brief is overdue. On September 10, 2019, we directed appellants to file their brief by September 20, 2019. We cautioned appellants that failure to file a brief by that date would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

190048F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ADRIAN BOOKER AND NICOLE
SMITH, Appellants

No. 05-19-00048-CV     V.

ANISSA MAHMOUDI, Appellee

On Appeal from the County Court at Law
No. 3, Collin County, Texas
Trial Court Cause No. 003-01795-2018.
Opinion delivered by Justice Myers,
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 29th day of October, 2019.